```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
FAN ENGINE SECURITIZATION LIMITED
and JET ENGINE HOLDING S.A.R.L.,

                Plaintiffs,                MEMORANDUM AND ORDER

        - against -                        19 Civ. 4318 (NRB)

DEUTSCHE BANK TRUST COMPANY
AMERICAS,

                Defendant.
---------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court has received and reviewed your letters filed between July 3 and July 9, 2019, addressing the proper scope of the summary judgment motion authorized in our telephone conference on June 20, 2019 and confirmed in plaintiff's counsel's letter of June 25, 2019. The breach of contract issue that plaintiff seeks to introduce is clearly outside the scope of the contemplated motion. Moreover, we note that, as this Court does not require the submission of a proposed order, the back and forth about the wording of the proposed order is beside the point.

Dated:   New York, New York
         July 11, 2019

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

1