**WHITE & CASE**

July 25, 2019

**VIA ECF**

Honorable Naomi Reice Buchwald
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
**T** +1 212 819 8200

**whitecase.com**

    **Re:**   *Fan Engine Securitization Limited, et al. v. Deutsche Bank Trust Company Americas – Case No. 19-cv-04318 (NRB)*

Dear Judge Buchwald:

    We represent the Loomis Funds in the above-captioned proceeding.  On June 20, 2019, the Court granted the Loomis Funds' request to intervene in this case.  Accordingly, the Loomis Funds request that the caption in this case be amended as follows.  We have conferred with Plaintiffs' and Defendant's counsel, and they consent to this request.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FAN ENGINGE SECURITIZATION LIMITED and JET ENGINE HOLDING S.À.R.L., | x<br>:<br>: |
| Plaintiffs, | :<br>: |
| -against- | :<br>: |
| DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee, Senior Trustee, Operating Bank and Security Trustee, | :   Case No. 19-cv-4318 (NRB)<br>:<br>:<br>: |
| Defendant, | :<br>: |
| and | :<br>: |
| LOOMIS SAYLES INVESTMENT GRADE BOND FUND, LOOMIS SAYLES BOND FUND, LOOMIS SAYLES INVESTMENT GRADE FIXED INCOME FUND and NHIT: SECURITIZED CREDIT TRUST, | :<br>:<br>:<br>:<br>: |
| Intervenors | :<br>x |

WHITE & CASE

Honorable Naomi Reice Buchwald, p. 2

Respectfully,

*/s/ Kimberly A. Haviv*

Kimberly A. Haviv

cc:    All counsel of record (via email and ECF)