**WHITE & CASE**

July 25, 2019

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/19
```

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

Honorable Naomi Reice Buchwald
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Fan Engine Securitization Limited, et al. v. Deutsche Bank Trust Company Americas* – Case No. 19-cv-04318 (NRB)

Dear Judge Buchwald:

We represent the Loomis Funds in the above-captioned proceeding. On June 20, 2019, the Court granted the Loomis Funds' request to intervene in this case. Accordingly, the Loomis Funds request that the caption in this case be amended as follows. We have conferred with Plaintiffs' and Defendant's counsel, and they consent to this request.

*So Ordered.
[signature] Naomi Reice Buchwald
USDJ
7/29/19*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

FAN ENGINGE SECURITIZATION LIMITED
and JET ENGINE HOLDING S.À.R.L.,

           Plaintiffs,

        -against-

DEUTSCHE BANK TRUST COMPANY
AMERICAS, as Trustee, Senior Trustee,
Operating Bank and Security Trustee,

           Defendant,

and

LOOMIS SAYLES INVESTMENT GRADE
BOND FUND, LOOMIS SAYLES BOND
FUND, LOOMIS SAYLES INVESTMENT
GRADE FIXED INCOME FUND and NHIT:
SECURITIZED CREDIT TRUST,

           Intervenors

Case No. 19-cv-4318 (NRB)

---------------------------------------------------------------x

WHITE & CASE

Honorable Naomi Reice Buchwald, p. 2

Respectfully,

*/s/ Kimberly A. Haviv*

Kimberly A. Haviv

cc:   All counsel of record (via email and ECF)