UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/19
```

FAN ENGINE SECURITIZATION LIMITED
and JET ENGINE HOLDING S.À.R.L.,

        Plaintiffs,

Case No. 19-cv-4318 (NRB)

-against-

DEUTSCHE BANK TRUST COMPANY
AMERICAS, as Trustee, Senior Trustee,
Operating Bank and Security Trustee,

        Defendant,

and

LOOMIS SAYLES INVESTMENT GRADE
BOND FUND, LOOMIS SAYLES BOND
FUND, LOOMIS SAYLES INVESTMENT
GRADE FIXED INCOME FUND and NHIT:
SECURITIZED CREDIT TRUST,

        Intervenors.

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Jason N. Zakia, for admission to practice *pro hac vice* in the above-caption action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Florida and the bar of the State of Illinois; and his contact information is as follows:

    Jason N. Zakia
    WHITE & CASE LLP
    111 South Wacker Drive, Suite 5100
    Chicago, Illinois 60606-4302
    Telephone:   (312) 881-5400
    Facsimile:    (312) 881-5450
    E-mail:       jzakia@whitecase.com

AMERICAS 99816672

Applicant has requested admission *pro hac vice* to appear for all purposes as counsel for Intervenors Loomis Sayles Investment Grade Bond Fund, Loomis Sayles Bond Fund, Loomis Sayles Investment Grade Fixed Income Fund and NHIT: Securitized Credit Trust (collectively, the "Loomis Funds") in the above-referenced action.

IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

Date: August 5, 2019

United States District / Magistrate Judge