**WHITE & CASE**

August 12, 2019

**VIA ECF**

Honorable Naomi Reice Buchwald
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

      Re:      *Fan Engine Securitization Limited, et al. v. Deutsche Bank Trust Company Americas* – Case No. 19-cv-04318 (NRB)

Dear Judge Buchwald:

We represent Intervenors Loomis Sayles Investment Grade Bond Fund, Loomis Sayles Bond Fund, Loomis Sayles Investment Grade Fixed Income Fund and NHIT: Securitized Credit Trust (collectively, the "Loomis Funds") in the above-referenced case.  We write in response to Plaintiffs' August 9, 2019 request for expedited consideration of Plaintiffs' pending summary judgment motion [Docket No. 50].  The Loomis Funds do not concede counsel's assertions about the viability of the Issuer (a non-operating special entity) or the Issuers' efforts to refinance their debt.  Nevertheless, and although Plaintiffs did not consult with us regarding their submission, Intervenors do not object to Plaintiffs' request.

Respectfully,

*/s/ Kimberly A. Haviv*

Kimberly A. Haviv

cc:      All counsel of record (via email and ECF)